

FILED
CLERK, U.S. DISTRICT COURT
11/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00669 |
| v. | |
| TOMAS PERAZA JR | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the Southern District of California on 11/08/2021
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/26/2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Probation

A warrant for defendant's arrest was issued by: The Honorable Larry Alan Burns

Bond of $ no  was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/8/21
                Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title

---

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT